Frank L. Fisher Company, Appellant, v. Robert L. Woods, Respondent.— Judgment affirmed, with costs, on *Whiteley* v. *Terry* (83 App. Div. 197).

William A. Tucker, Appellant, v. Leonard Paulson, Jr., Respondent.— Judgment and order affirmed, with costs. No opinion.

Carolyn Wells, Appellant, v. Metropolitan Street Railway Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William J. Lemp Brewing Company, Appellant, v. Lehigh Valley Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Henry H. Brewster, Appellant, v. The " Old Guard " of the City of New York and Others, Respondents,— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Mercantile National Bank of the City of New York, Respondent. v. Henry B. Sire, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Paul MacCormac, Appellant, v. Enterprise Publishing Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Pincus Lowenfeld and William Prager, Appellants, v. Julie Deile, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Pincus Lowenfeld and William Prager, Appellants, v. Henry Regelmann and Lena La Velle, as Executors, etc., of Christian Regelmann, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph Leiter, Respondent, v. Edward R. Thomas and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Rachel E. Oatman, Respondent, v. Harry W. Watrous and Allen W. Adams, as Executors, etc., of Walter W. Watrous, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary Lowry v. Interurban Street Railway Company.— Motion denied.

Frederick Morris v. Leo Harburger.— Motion denied.

Charles J. McManus v. Bernard Weinstein.— Motion denied.

Louis Gein v. William M. Little.— Motion denied, with ten dollars costs.

In the Matter of John W. Wooten.— Application granted.

Samuel Warshawsky v. Grand Theatre Company.— Motion denied, with ten dollars costs.

William M. Bauchelle v. Jacob Rothschild.— Motion denied, with ten dollars costs.

Morris J. Hirsch v. American District Tel. Company.— Motion granted.

In the Matter of James S. Alderdice, Respondent, Suspended.— See memorandum per curiam.

The People of the State of New York ex rel. Rosie Rosenfeld v. Louis Tannenbaum.— Motion granted, so far as to dismiss appeal, with ten dollars costs.

Girvan Lipis v. Metropolitan Street Railway Company.— Motion denied, without costs.

Ralph W. Goldmark v. Seacoast Packing Company.— Resubmission of motion ordered.

Frederick Hayward, Respondent, v. Interurban Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Robert H. McCready, Respondent, v. Caledonian Oil Company, Appellant.— Judgment affirmed, with costs. No opinion.

Idalian C. Hayes v. Henry G. Sayers.— Motion granted so far as to dismiss appeal, with ten dollars costs.

In the Matter of Judson Lawson.— Motion for leave to go to Court of Appeals granted; question to be settled on entry of order. Application for stay denied and temporary stay vacated.

Charlotte Domeyer v. William M. Hoes, etc.— Motion granted. See memorandum per curiam.

Joseph Buellesbach and Others v. William Henderson.— Motion to open default granted on payment of ten dollars costs.

Joseph Buellesbach and Others v. William Henderson.— Motion to dismiss denied on payment of ten dollars costs.

Thomas O'Leary v. Interurban Street Railway Company.— Motion denied, with ten dollars costs.

Tony Wamser v. Browning, King & Company.— Motion granted. See memorandum.